UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALYSSA MASUCCI,
                                Plaintiff,

                -against-                       24 Civ. 7272 (LGS)

TORY BURCH, LLC,                            ORDER

                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference was held on November 20, 2024. As discussed at the conference, it is hereby

      **ORDERED** that, by **February 11, 2025**, the parties shall file a joint status letter apprising the Court of the status of mediation.

      The civil case management plan and scheduling order will issue separately.

Dated: November 21, 2024
       New York, New York

                                                LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE